## HATTIE HUNTER v. THE STATE.

No. 16258. Delivered November 15, 1933.
Reported in 64 S. W. (2d) 965.

The opinion states the case.

*Carney & Carney,* of Atlanta, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for theft; punishment, two years in the penitentiary.

Upon her plea of guilty appellant was adjudged guilty. The judgment, sentence and other matters of procedure appear regular. There is no statement of facts or bills of exception in the record.

The judgment will be affirmed.

*Affirmed.*